**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

---

GERARDO CONTRERAS-TINAJERO,

Petitioner,

v. Case No. 2:26-cv-02716 KWR-GBW

WARDEN, *Otero County Processing Center*,
MARY DE ANDA-YBARRA, *Field Office Director, El Paso,*
*U.S. Immigration and Customs Enforcement,*
ACTING DIRECTOR*,*
*Immigration and Customs Enforcement,*
TODD BLANCHE, *U.S. Attorney General, and*
MARKWAYNE MULLIN, *Secretary, U.S. Department*
*of Homeland Security*,

Respondents.

**ORDER FOR SUPPLEMENTAL BRIEFING**

**THIS MATTER** comes before the Court on Petitioner's Petition for Writ of Habeas Corpus (**Doc. 1**). Respondents assert that the Petition is not well taken because a final order of removal was entered and Petitioner is mandatorily detained under 8 U.S.C. § 1231. However, it appears that a master hearing is now set before an immigration judge on October 6, 2026. The Court directs Respondents to state (1) the purpose of the hearing on October 6, 2026, and (2) whether Petitioner is still subject to a final order of removal.

**IT IS THEREFORE ORDERED** that Respondents shall file supplemental briefing as detailed above within **fourteen (14) days** of the entry of this order.

__________/S/__________
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE